**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No.  10-cr-00017-DME

UNITED STATES OF AMERICA,

        Plaintiff,

v.

VICENTE ROBLES-ESPARZA,

        Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING

---

      A Notice of Disposition was filed in the above matter on January 25, 2010.

      IT IS ORDERED THAT A Change of Plea hearing is set for **February 25, 2010, at 2:00**

**p.m.  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant**

**In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Ebel's**

**chambers AND to the Probation Department no later than <u>noon</u> on February 23, 2010.**

<u>If these documents are not timely submitted, the hearing will be vacated.</u>  **The original and one**

**copy of these documents should be delivered to Judge Ebel's courtroom deputy in the**

**courtroom <u>at the time of the hearing</u> (*see* D.C.COLO.LCrR 11.1F).  The Court disfavors**

**plea agreements pursuant to F.R.Crim.P. 11(c)(1)(c) since the *Booker* and *FanFan***

**decisions, and they will only be accepted in certain circumstances.**

      IT IS FURTHER ORDERED that the Final Trial Preparation Conference, set for

February 25, 2010, and the three-day jury trial in this matter, set to commence March 8, 2010,

are VACATED.

DATED:  January 29, 2010

BY THE COURT:

*s/ David M. Ebel*
_____
David M. Ebel
United States Circuit Judge