# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 10-cr-00017-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICENTE ROBLES-ESPARZA,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY DAVID M. EBEL

    Both parties are ORDERED to file simultaneous briefs by Friday, March 12, 2010, not to exceed seven pages in length, addressing: (1) whether the Court has the authority to amend a Grand Jury Indictment to change the name of the indicted party, (2) if not, what procedure should be used to reflect the change in name of the indicted party; and (3) whether a changed name will necessitate another change of plea hearing. The briefs should include supporting authorities.

    DATED: March 8, 2010